UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**00-6309** CR-SEITZ

IN RE:

FEDERAL GRAND JURY 99-01(FTL)

MAGISTRATE JUDGE
GARBER

_____/

## ORDER TO SEAL

THIS CAUSE having come before the Court on the Government's
Motion to Seal. Considering the grounds raised in said motion and
the Court being otherwise advised in the premises,

IT IS HEREBY ORDERED that the Indictment, Penalty Sheets,
Certificate of Trial Attorney, Arrest Warrants (except for copies
to be used by law enforcement personnel during execution of their
official duties in the investigation), Bond Recommendation Sheets,
Motion to Seal, and this Sealing Order in the above-captioned
matter shall be sealed and shall remain sealed in the custody of
the Clerk of the Court until such time as the first defendant has
been arrested.

DONE AND ORDERED at Fort Lauderdale, Florida, this 24th day
of ___Oct___, 2000.

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

cc:
AUSA Diana L.W. Fernandez

