UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA

vs                                    Case No: __00-6309-CR-SEITZ__

RECEIVED & FILED IN OPEN COURT
ON __10-26-00__ AT
_____, FLA.
Clarence Maddox, Clerk
United States District Court
Southern District of Florida

__STEVE RAFFA, etal_____/

**ORDER**

THIS CAUSE is before the Court for the initial appearance of the above-named defendant(s) on a SEALED Indictment.

UPON ORAL motion of the government in open court that the case be unsealed, it is hereby

ORDERED AND ADJUDGED that the Indictment be unsealed as to all parties.

DONE AND ORDERED at Fort Lauderdale, Florida this 26th day of October, 2000.

NUNC PRO TUNC DATE - 10/26/00

BARRY S. SELTZER
UNITED STATES MAGISTRATE JUDGE

24/8