U.S. MAGISTRATE JUDGE BARRY S. SELTZER

DEFT: Mark Carattini (J)#

CASE NO: 00-6309-CR-Seitz

AUSA: Brian McCormick/Diana Fernandez

ATTNY: James Benjamin (temp)

AGENT: pms

VIOL: 18:1962,1963,1955,1956, 1957, 1511,894,892

PROCEEDING: Initial Appearance

BOND REC: 100,000 CSB w/Nebbia

BOND HEARING HELD — yes / NO   STIP     COUNSEL APPOINTED:

BOND SET @ 250,000 CSB w/Nebbia + 500,000 PSB

CO-SIGNATURES:

SPECIAL CONDITIONS: Cosigned by father + mother, sister + her husband
One tenure m/unseal    Granted

FILED ___ D.C.
OCT 26 2000
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. FT. LAUD.

1) Do not violate any law.
2) Appear in court as directed.
3) Surrender and/or do not obtain passports/travel documents.
4) Rpt to PTS as directed /or ___ X's a week/month by phone, ___ X's a week/month in person.
5) Random urine testing by Pretrial Services. Treatment as deemed necessary.
6) Maintain or seek full-time employment.
7) Maintain or begin an educational program.
8) No contact with victims/witnesses.
9) No firearms.
10) Curfew:
11) Travel extended to:
12) ___ Halfway House.
___ Electronic Monitoring

reside @ current address
no illegal drugs or
excessive alcohol

Advised of charges

| NEXT COURT APPEARANCE: | DATE: | TIME: | JUDGE: |
|---|---|---|---|
| INQUIRY RE COUNSEL: | 11-1 | 10 | Miami Duty |
| PTD/BOND HEARING: | | | |
| PRELIM/ARRAIGN OR REMOVAL: | 11-1 | 10 | Miami Duty |
| STATUS CONFERENCE: | | | |

DATE: 10-26-00    TIME: 11:00am    TAPE # 00-083    PG. # 2425
and 084
and full tape
#33
HN