UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

| UNITED STATES OF AMERICA | CASE NO. 00-6309 |
| --- | --- |
| Plaintiff | CR-SEITZ |
| v. | REPORT COMMENCING CRIMINAL ACTION |
| MARK CARATTINI | |
| Defendant | |

TO: CLERK'S OFFICE
U.S. DISTRICT COURT

All items indicated are to be completed. Information not applicable or unknown will be indicated as "N/A".

1. Date and time of arrest: 10/26/2000
2. Spoken Language: ENGLISH
3. Offense(s) charged: TITLE 18 1462(a), 1955, 1956(h)
4. U.S. Citizen  [X] YES  [ ] NO  [ ] UNKNOWN
5. Date of birth: 09/15/1959
6. Type of charging document: (Check One)

   [X] INDICTMENT   [ ] COMPLAINT TO BE FILED/ALREADY FILED

   CASE NO. 00-6309 CR-SEITZ   CASE NO. _____

   DISTRICT: SOUTHERN FLORIDA (Where warrant or complaint is filed.)

   [ ] BENCH WARRANT FOR FAILURE TO APPEAR

   [ ] PROBATION VIOLATION WARRANT

   [ ] PAROLE VIOLATION WARRANT

   COPY OF WARRANT LEFT WITH BOOKING OFFICER:  [X] YES  [ ] NO

   AMOUNT OF BOND: _____

   WHO SET BOND: _____

7. REMARKS: _____

8. DATE: 10/26/2000
9. MICHAEL E. COX
   ARRESTING OFFICER
10. AGENCY: FBI
11. 305-944-9101
    PHONE NO.