AO 442 (Rev. 12/85) Warrant for Arrest   AUSA Diana L.W. Fernandez/FBI S/A Patrick Brodsky & S/A Chris Starrett

## United States District Court

__SOUTHERN__ DISTRICT OF __FLORIDA__   517877

UNITED STATES OF AMERICA

V.

MARK CARATTINI

**WARRANT FOR ARREST**

CASE NUMBER: 00-6309
CR-SEITZ
MAGISTRATE JUDGE GARBER

TO: The United States Marshal
and any Authorized United States Officer

YOU ARE HEREBY COMMANDED to arrest __MARK CARATTINI__
                                          Name

and bring him forthwith to the nearest magistrate to answer a(n)

☒ Indictment  ☐ Information  ☐ Complaint  ☐ Order of court  ☐ Violation Notice  ☐ Probation Violation Petition

charging him with (brief description of offense) RICO conspiracy, illegal gambling business, money laundering conspiracy

in violation of Title __18__ United States Code, Section(s) __1962(d), 1955, 1956(h)__

CLARENCE MADDOX
Name of Issuing Officer

*(signature)* Jenny Butler
Signature of Issuing Officer

Bail fixed at $ 100,000 Corporate Surety Bond with Nebbia

COURT ADMINISTRATOR\CLERK OF THE COURT
Title of Issuing Officer

10/24/00 - Fort Lauderdale, Florida
Date and Location

BARRY S. SELTZER
by __UNITED STATES MAGISTRATE JUDGE__
Name of Judicial Officer

| RETURN |||
|---|---|---|
| This warrant was received and executed with the arrest of the above defendant at<br>Ft. Lauderdale, FL |||
| DATE RECEIVED<br>10/24/00 | NAME AND TITLE OF ARRESTING OFFICER<br>James A. Tassone<br>United States Marshal<br>Southern District of Florida | SIGNATURE OF ARRESTING OFFICER<br>*(signature)*<br>Edward Purchase, SDUSM |
| DATE OF ARREST<br>10/26/00 |||

#131