**SEALED**

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

HONORABLE PATRICIA A. SEITZ, JUDGE

FILED by __ D.C.
OCT 27 2000

Unsealed 11/8/00

Case No. 00-6309-CR   Date 10/27/00
Clerk L. Webb         Reporter R. Kaufman
USPO No               Interpreter No

UNITED STATES OF AMERICA v. Steve Raffa, et al.

AUSA W. Beckerleg    Defense Counsel _____

Defendant(s): Present ____ Not Present X  In Custody ____

Reason for Hearing: Ex parte hrg on motion for protective order

Result of Hearing: Order to remain sealed until service of order on affected parties. Order entered with Court's requested changes.

Misc.: _____

Case Continued to: _____ Time _____ For _____

149/2

```
[docket:0]                    CIVIL/CRIMINAL                  [wdktext]
4. Queries                      Docketing


 Docket #   : 0:00-cr-6309                                    BLG
 Short Title: USA              v. Raffa
 Type: cr         Judge: Seitz          Magistrate:
-----------------------------------------------------------------

-----------------------------------------------------------------
           Summary of Event that Created the Document
 Filed     Entry Date  Last Update      History ID    Docketed by
 10/27/00   11/1/00    **/**/**          4266734          sp
    +----------------------------------------------------------+
       SEALED DOCUMENT



     +viewing docket text---------------------------------------+
 Transaction: kseal doc -/ -/ - - -

 Command mode (? for commands)
```

Attached to D.E. # 149