UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

MARK CARARTINI
       Defendant.
_____/

**ARRAIGNMENT INFORMATION SHEET**

Jail No: _____

Language: _English_

The above-named Defendant appeared before **Magistrate Judge BROWN** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: ~~IN CUST.~~ _Bond_

Tel. No: _____

Defense Counsel:  Name: _James Benjamin_
Address: _One Financial Plaza, Suite 1615_
_Ft. Lauderdale, FL 33394_
Tel. No: _(954) 779-1700_

Bond Set/Continued:     $STIP. $500,000 PSB

DATED this _1st_ day of _November_, 2000.

CLARENCE MADDOX, CLERK,

BY: _STEPHANIE LEE_
    Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 2000D-_111-2070_
DIGITAL START NO. _____