UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**MARK CARATTINI,**

    Defendant.
_____\\

CASE NO: 00-6309-cr-SEITZ
MAG     : GARBER

## NOTICE OF APPEARANCE

YOU WILL PLEASE ENTER THE APPEARANCE of the undersigned as Counsel of Record on behalf of the Defendant, **MARK CARATTINI**, in the above-entitled cause.

DATED: this ___1___ day of November, 2000.

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy hereof was furnished in by U.S. Mail , to Brian McCormick, 500 East Broward Blvd., Fort Lauderdale, Florida 33394 this ___1___ day of November, 2000.

                JAMES S. BENJAMIN, ESQ.
                Benjamin & Aaronson, PA
                One Financial Plaza, Suite 1615
                Fort Lauderdale, FL 33394
                (954) 779-1700
                FBN: 293245