UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

00 NOV 16 PM 4:35

CLA...     ...DDOX
CLERK U   DIST. CT.
S.D. OF FLA - MIA

UNITED STATES OF AMERICA

   Plaintiff,

v.

STEVE RAFFA,
  a/k/a "Uncle Steve,"
JOHN MAMONE,
  a/k/a "Big John,"
FRED MORGENSTERN,
DAVID MORGENSTERN,
JOSEPH SILVESTRI,
JULIUS BRUCE CHIUSANO,
MICHAEL BUCCINNA,
  a/k/a "Michael Boots,"
JEFFREY BASS,
  a/k/a "the Professor,"
FREDERICK SCAROLA,
GIUSEPPE BELLITTO,
  a/k/a "Joe Baldy,"
MARK CARATTINI,
PAUL DIFILIPPI,
ANSON KLINGER,
JOSEPH SPITALERI,
CHARLES CLAY,
PEGGY PRESTON,
MARK WEISS,
JACOLYN BARUCH, and
DAVID BELL,

   Defendants.
_____/

**NOTICE OF SERVICE OF PROTECTIVE ORDER**

#227
HA

The United States hereby notifies the Court that the persons on the attached list were served with a copy of the October 27, 2000 protective order issued by this Court.

                                      Respectively submitted,

                                      GUY A. LEWIS
                                      UNITED STATES ATTORNEY

BY: _____
                                      WILLIAM H. BECKERLEG, JR.
                                      ASSISTANT U.S. ATTORNEY
                                      500 E. Broward Blvd., Suite 700
                                      Ft. Lauderdale, Florida 33394
                                      Tel: (954) 356-7314 ext. 3614
                                      Fax: (954) 356-7180
                                      Fla Bar No. A550007

Case No. 00-6309-CR-SEITZ

A Protective Order Under Seal was served to the following individuals who represented individuals and/or companies as indicated below:

On 10/31/00 by Paralegal Specialist C.G. Mangiaracina (at the PTD hearing):

David Garvin    for    Steve Raffa, Rafaello "Tony" Raffa, and Sanjo Center, Sanjo Center, Inc. (and other assumed Raffa family members with interest)

David Rothman   for    John Mamone, Grace Mamone, Check Cashing Unlimited, Gateway Transportation Services, Inc.

Michael Buccinna for Michael Buccinna and Check Cashing Unlimited

On 11/7/2000 by SA Chanin l. Waterman and PS Dolores Benzin, at Gateway Transportation Services, 7770 West Oakland Park Blvd:

John Manning    for    John Manning and Gateway Transportation Services

and at American Quick Cash Centers, 3591 N. Andrews Avenue, Oakland Park:

Rodolfo Rodriguez   for Cash 96 Corporation

On 11/10/2000 by PS Mangiaracina, via facsimile with confirmation:

Nathan Diamond      for Jason Crossen and Gold Coast Check Cashing Services

On 11/13/2000 by PS Mangiaracina, via facsimile with confirmation:

Steven Chaykin      for Fred Morgenstern

TOTAL P.02