UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

Case No.00-6309-CR-SEITZ(s)/GARBER

UNITED STATES OF AMERICA,

vs.

MARK CARATTINI
        Defendant.
_____/

ARRAIGNMENT INFORMATION SHEET

Jail No: 55530-004

Language: English

    The above-named Defendant appeared before **Magistrate Judge DUBE'** where the defendant was arraigned and a plea of not guilty was entered. Defendant and court-appointed/retained counsel of record will be **noticed for trial by the District Judge assigned to this case.** The following information is current as of this date:

Defendant:    Address: ON BOND

              Tel. No:

Defense Counsel:  Name : JAMES SCOTT BENJAMIN ESQ.
                   ONE FINANCIAL PLAZA #1615
              Address:
                   FT. LAUDERDALE, FL., 33394

              Tel. No: (954) 779-1700

Bond Set/Continued:    $500,000 PSB

DATED this 6th day of FEBRUARY, 2001.

                CLARENCE MADDOX, CLERK,

            BY   NANCY J. FLOOD
                  Deputy Clerk

c: Clerk for Judge
   U.S. Attorney
   Defense Counsel
   Pretrial Services

TAPE NO. 2001H-7
DIGITAL START NO. 1100