UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK CARATTINI,

    Defendant.
_____/

## MOTION TO EXTEND TIME TO FILE MOTIONS

COMES NOW the Defendant, MARK CARATTINI, by and through undersigned counsel and files this Motion to Extend Time to File Motions and as grounds therefore would state:

1. That Defendant's pre-trial motions were due on April 16, 2001.

2. That undersigned counsel has been in a Federal criminal trial in Miami, Florida before the Honorable K. Michael Moore since April 10, 2001.

3. That the week prior to the above-referenced trial commencing, undersigned counsel was in Tampa, Florida at hearings on motions of 230 defendants in an Adult Entertainment Ordinance case.

4. That undersigned counsel has not had time in which to meet with the Defendant to discuss which motions they wish to file.

WHEREFORE, the Defendant respectfully requests this Honorable Court grant this motion and allow an additional 21 days in which to file pre-trial motions.

I HEREBY CERTIFY that a true and correct copy of the foregoing

was furnished by mail to J. Brian McCormick, Esq., U.S. Attorneys Office, 500 East Broward Boulevard, Fort Lauderdale, Florida 33301 this 16th day of April, 2001.

                                      Respectfully submitted,

                                      JAMES S. BENJAMIN, ESQ.
                                      Benjamin & Aaronson, P.A.
                                      One Financial Plaza; Suite 1615
                                      Fort Lauderdale, Florida 33394
                                      (954) 779-1700
                                      Fla. Bar No. 293245