UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6309-CR-SEITZ

**UNITED STATES OF AMERICA,**
Plaintiff,

vs.

**MARK CARATTINI,**
Defendant.

_____/

## EMERGENCY UNOPPOSED MOTION TO TRAVEL FOR DEFENDANT MARK CARATTINI

**COMES NOW,** the Defendant, **MARK CARATTINI,** by and through the undersigned counsel, James S. Benjamin, Esq. and files this Unopposed Motion to Travel for Defendant Mark Carattini and hereby states the following:

1. That the Defendant has been released on bond and has complied with each and every condition of his pre-trial release.

2. That the Defendant wishes to travel to Biloxi, Mississippi for a few days for a vacation

3. That the Defendant desires to travel to the Mississippi area on or about Sunday, May 13, 2001 and stay there Sunday, May 13, 2001, Monday, May 14, 2001 and return back to the Southern District on Tuesday, May 15, 2001.

4. That the Defendant will be staying, if allowed, at the Beaurivage Resort, 875 Beach Boulevard, Biloxi, Mississippi 39530..

5. That the Defendant will be traveling with his girlfriend.

6. That the Defendant will abide by any direction of his pre trial release officer including reporting by telephone when he gets there and when he returns.

7. Pre-trial services officer Darwin Crenshaw has no objection to the Defendant traveling.

8. Assistant United States Attorney, Brian McCormick, has no objection to the granting

of this Motion if said Motion is agreeable to the pre-trial officer.

**WHEREFORE,** the Defendant requests this Motion be granted.

_____
JAMES S. BENJAMIN, ESQ.
Attorney for Defendant Shields
FBN: 293245

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to the

parties listed below and Pre trial Services, Darwin Crenshaw, 299 E. Broward Blvd., Room 301,

Fort Lauderdale, FL 33301 and Brian McCormick, AUSA, 500 East Broward Blvd., Suite 700,

Fort Lauderdale, Florida 33394 on  this _11_ day of May, 2001.

_____
JAMES S. BENJAMIN, ESQ.
One Financial Plaza; Ste. 1615
Fort Lauderdale, FL 33394
(954) 779-1700