IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**MARK CARATTINI,**

    Defendant.
_____/

CASE NO: 00-6309-CR-SEITZ

MAY 11 2001

## ORDER

**THIS MATTER** having been reviewed by this Court the Emergency Unopposed Motion to Travel for Defendant Mark Carattini and after consideration of this matter it is hereby;

**ORDERED AND ADJUDGED** that the Emergency Unopposed Motion to Travel for Defendant Mark Carattini is hereby _Granted_

**DONE AND ORDERED** in Chambers in Dade County, Miami, Florida this 11th day of May, 2001.

**K. MICHAEL MOORE**
_____
**PATRICIA A. SEITZ**
United States District Judge

cc: Brian McCormick, AUSA
    James S. Benjamin, Esq.
    Darwin Crenshaw, USPO