CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ


FILED by ___ D.C.
MAY 23 2001

Case No. 00-6309-Cr   Date 5/22/01
Clerk L. Webb   Reporter D. Ehrlich
USPO ___   Interpreter ___
USPTS ___

AUSA Brian McCormick   Def. Atty. All As represented

United States of America v. Mamone, et al.

Defendant(s): Present ___   Not Present X   In Custody ___
Reason for Hearing Status Conference

Results of Hearing Aug 30 - cut off for motions.
Gov't response due 30 days (9/30/01)
Gov't may supersede and add 1-2 more
defendants
Parties to meet to propose narrowing
issues on joint defense, to protect
Δ's interest

Misc. Δs may meet with each other as
long as each one's counsel is present
Kathman will submit order approved
by Gov't.

437