IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

CASE NO: 00-6309-CR-SEITZ

Plaintiff,

vs.

**MARK CARATTINI,**

Defendant.
_____/

## ORDER

THIS MATTER having been reviewed on this Motion to Travel for Defendant Mark Carattini and after consideration of this matter it is hereby;

**ORDERED AND ADJUDGED** that the Motion is hereby _Granted. All remaining conditions are in effect._

**DONE AND ORDERED** in Chambers in Dade County, Miami, Florida this _31st_ day of _August_, 2001.

_____
~~PATRICIA A. SEITZ~~
United States ~~District~~ Magistrate Judge

cc: J. Brian McCormick, AUSA
    James S. Benjamin, Esq.