UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6309-CR-~~GARBER~~ Seitz

**UNITED STATES OF AMERICA,**
    Plaintiff,

vs.

**MARK CARATTINI,**
    Defendant.
_____/

## MOTION TO TRAVEL FOR DEFENDANT MARK CARATTINI

**COMES NOW,** the Defendant, **MARK CARATTINI,** by and through the undersigned counsel, James S. Benjamin, Esq. and files this Motion to Travel for Defendant Mark Carattini and hereby states the following:

1. That the Defendant has been released on a bond and has complied with each and every condition of his pre-trial release.

2. That the Defendant wishes to travel to Biloxi, Mississippi for a few days for a vacation/reunion with family members who live in other parts of the country.

3. That the Defendant desires to travel to the Mississippi area on or about Friday, August 31, 2001 and stay there Saturday, September 1, 2001 and return back to the Southern District on Sunday, September 2, 2001.

4. That the Defendant will be staying, if allowed, at the Beaurivage Resort, 875 Beach Boulevard, Biloxi, Mississippi 39530.

5. That the Defendant will be traveling with his fiancé to meet with his extended family.

6. That the Defendant will abide by any direction of his pre- trial release officer including

SEP 5 2001

Rec'd in MIA Dkt _____

reporting by telephone when he gets there and when he returns.

7. Pre-trial services officer Darwin Crenshaw has no objection to the Defendant traveling.

8. That undersigned counsel attempted to contact Assistant United States Attorney, Brian McCormick, to secure his position on this matter but as of the writing of this motion undersigned counsel has not yet had a return phone call.

**WHEREFORE,** the Defendant requests this Motion be granted.

_____
JAMES S. BENJAMIN, ESQ.
Attorney for Defendant Carattini
FBN: 293245

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to parties listed below and Pre trial Services, Darwin Crenshaw, 299 E. Broward Blvd., Room 301, Fort Lauderdale, FL 33301 and to Assistant United States Attorney, Brian McCormick, Esq., 500 East Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394 on this 31st day of August, 2001.

_____
JAMES S. BENJAMIN, ESQ.
One Financial Plaza; Ste. 1615
Fort Lauderdale, FL 33394
(954) 779-1700