UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6309-CR-SEITZ/GARBER

**UNITED STATES OF AMERICA,**
Plaintiff,

vs.

**MARK CARATTINI,**
Defendant.

_____/



FILED by ___ D.C.

SEP 0 6 2001

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## EMERGENCY AMENDED MOTION TO TRAVEL FOR DEFENDANT MARK CARATTINI

**COMES NOW,** the Defendant, **MARK CARATTINI,** by and through the undersigned counsel, James S. Benjamin, Esq. and files this Emergency Amended Motion to Travel for Defendant Mark Carattini and hereby states the following:

1. That the Defendant wishes to travel to Biloxi, Mississippi for a few days and would depart on Friday, September 14, 2001 and will return on Sunday, September 16, 2001.

2. That the Defendant was scheduled to go on the same trip on August 31, 2001 when he was to leave at 8:00 a.m. in the morning on that date. Due to the fact that the Defendant did not receive word that his motion was granted until after the 8:00 am on Friday, he is requesting that the trip be re-scheduled for the above dates.

3. That the Defendant will be staying at the previously arranged accommodations, Beaurivage Resort, 875 Beach Boulevard, Biloxi, Mississippi 39530.

4. That the Defendant will be traveling with his fiancé to meet with his extended family.

5. That the Defendant will abide by any direction of his pre- trial release officer including reporting by telephone when he gets there and when he returns.

6. Pre-trial services officer Darwin Crenshaw has no objection to the Defendant traveling.

7. That undersigned counsel attempted to contact Assistant United States Attorney, Brian McCormick, to secure his position on this matter but as of the writing of this motion undersigned counsel has not yet had a return phone call.

**WHEREFORE,** the Defendant requests this Motion be granted.

_____
**JAMES S. BENJAMIN, ESQ.**
Attorney for Defendant Carattini
FBN: 293245

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to parties listed below and Pre trial Services, Darwin Crenshaw, 299 E. Broward Blvd., Room 301, Fort Lauderdale, FL 33301 and to Assistant United States Attorney, Brian McCormick, Esq., 500 East Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394 on this 5 day of ~~August~~ Sept, 2001.

_____
**JAMES S. BENJAMIN, ESQ.**
One Financial Plaza; Ste. 1615
Fort Lauderdale, FL 33394
(954) 779-1700