IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
(MIAMI DIVISION)

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK CARATTINI,

    Defendant.
_____/

CASE NO. 00-6309-CR-SEITZ/GARBER

FILED by _____ D.C.

SEP 10 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

**THIS MATTER** having been reviewed on this Motion to Travel on September 14, 2001 through September 16, 2001 and after consideration of this matter it is hereby;

**ORDERED AND ADJUDGED** that the Motion is hereby _Granted_.

**DONE AND ORDERED** in Chambers in Dade County, Miami, Florida this _10th_ day of _September_, 2001.

_____
PATRICIA A. SEITZ
United States District Judge

cc: Brian McCormick, AUSA
    James S. Benjamin, Esq (954) 779-1771 fax