UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

UNITED STATES OF AMERICA,

Case No: 00-6309-SEITZ

Plaintiff,

vs.

MARK CARATTINI,

Defendant.

_____/

## MOTION TO ADOPT DEFENDANT MAMONE'S
## MOTION FOR EXTENSION OF TIME TO FILE PRE-TRIAL MOTIONS

**COMES NOW,** the Defendant, MARK CARATTINI, by and through undersigned counsel, respectfully files this Motion to Adopt Co-Defendant John Mamone's Motion for Extension of Time to File Pre-Trial Motions and states as follows.

1. That the filing of a superceding indictment and the new charges contained therein alter some of the grounds and factual circumstances that are the basis of Motions that this Defendant intends to file in this cause

2. That the additional facts and circumstances surrounding these charges must be digested and researched and more time is required in which to file pre-trial motions.

3. Undersigned counsel attempted to contact Assistant United States Attorney Brian McCormick to secure his position in this matter but as of the writing of this Motion we have not yet received a return phone call.

**WHEREFORE,** the Defendant respectfully requests this Honorable Court to allow the Defendant Carattini to adopt and join the co-Defendant Mamone's Motion for Extension of Time

**I HEREBY CERTIFY** that a true and correct copy of the foregoing has been forwarded

CERTIFICATE OF SERVICE

to the following by U.S. Mail on this 13 day of September, 2001

AUSA J. Brian McCormick, Esq.
United States Attorney's Office
500 East Broward Blvd
Fort Lauderdale, FL 33394

Maria and Richard Hamar, Esq
2437 Briarcrest Rd
Beverly Hills, CA 90210

Jeffrey M. Harris, Esq
1 East Broward Blvd., Suite 925
Fort Lauderdale, FL 33301

Philip R. Horowitz, Esq.
Suite 1910
Two Datran Center
9130 South Dadeland Blvd
Miami, FL 33156

John Howes, Esq
633 SE 3rd Avenue
Suite 4F
Fort Lauderdale, FL 33301

Ana M. Jhones, Esq.
Bayside Plaza; Suite 625
330 Biscayne Blvd.
Miami, FL 33132

Jon May, Esq
200 East Broward Blvd., Suite 1210
Fort Lauderdale, FL 33301

Neal Nameroff, Esq.
100 SE 2nd Street, Suite 3350
Miami, FL 33131

Emmanuel Perez, Esq
2121 Ponce de Leon Blvd., Suite 920
Coral Gables, FL 33134

David Rothman
First Union Financial Center, Suite 2690
200 South Biscayne Blvd., Miami, FL 33131

Brian L. Tannebaum, Esq.
200 S. Biscayne Blvd., Suite 2690
Miami, FL 33131

David Vinikoor, Esq.
420 SE 12th Street
Fort Lauderdale, FL 33316

Jayne C. Weintraub, Esq.
100 SE 2nd Street
Suite 3550
Miami, FL 33131

Charles G. White, Esq
2900 Birdgeport Avenue, Suite 401
Miami, FL 33133

Kenneth Schwartz, Esq
4800 N. Federal Highway
Boca Raton, FL 33431

JAMES S. BENJAMIN, ESQ.
FBN 293246
One Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(954) 779-1700