UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

    Plaintiff,

vs.

MARK CARATTINI,

    Defendant.
_____/

**UNOPPOSED MOTION TO ADOPT CO-DEFENDANT, MAMONE, AND CO-DEFENDANT, MORGENSTERN'S MOTION FOR EXTENSION OF TIME TO FILE PRETRIAL MOTIONS**

Defendant, MARK CARATTINI, by and through undersigned counsel, James S. Benjamin, Esq., Benjamin & Aaronson, P.A., respectfully moves this Honorable Court to permit the Defendant to adopt the motions of co-counsels to extend the time to file pre-trial motions from the date of October 22, 2001 up until and including the date of November 19, 2001 and as grounds therefore states as follows:

1. The same grounds filed in the two motions mentioned above generally apply to Defendant, MARK CARATTINI.

2. That the interest of justice will be best served by granting this motion and allowing Defendant, MARK CARATTINI, the ability to file his motions on the extended time date agreed by the Government and the other defendants of November 19, 2001.

3. That undersigned counsel has been abiding by the direction of this Honorable Court to the various co-defendants and has agreed to participate in the filing of a joint motion addressing the various wiretaps in this case and work along with counsel for co-defendant, Mamone, David Rothman, and other co-defendants' counsels

in order to streamline the motion process.  4.  The interest of justice and the streamlining process would be thwarted if undersigned counsel must file a separate motion addressing issues concerning the wiretaps vis-a-vis Defendant, CARATTINI, when co-defendant, Mamone, through David Rothman will not be filing motions addressing the same issues until approximately one month later.

WHEREFORE, the Defendant respectfully requests that this Court enter an Order extending the time to file pretrial motions to November 19, 2001 and the time to file responses thereto to December 7, 2001.

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished by mail to the individuals listed on the attached Certificate of Service this 25 day of October, 2001.

JAMES S. BENJAMIN, ESQ.
Benjamin & Aaronson, P.A.
One Financial Plaza; Suite 1615
Fort Lauderdale, Florida 33394
(954) 779-1700
Fla. Bar No. 293245