CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.

DEC 1 4 2001

CLARENCE MADDOX
CLER. U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. OO-6309-Cr          Date 12/14/01
Clerk L. Webb               Reporter D. Ehrlich
USPO _____        Interpreter _____
USPTS _____

AUSA B. McCormick /          Def. Atty. all As represented.
  D. Fernandez

United States of America v. Mamone, et al

Defendant(s): Present _____   Not Present   X      In Custody _____
Reason for Hearing  Status conf.

Results of Hearing  Mamone will enter plea of guilty.
Seiken may have a problem with Feb date
since he just came into case.
Joseph + Doreen Russo req. that motions
pending before BLG be referred as this
case may be resolved - will defer to BLG
as long as hrg is held in Jan if no plea.
Misc. O'Sullivan may plead - asks that m/sever
be referred. - Court defers to BLG
Carrettini will most likely plead
Benjamin's m/ to file late m/ adopt is denied.

