IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

       Plaintiff,

vs.

**MARK CARATTINI,**

       Defendant.
_____/

CASE NO: 00-6309-CR-SEITZ/Garber

FILED by _____ D.C.

DEC 1 9 2001

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. MIAMI

**ORDER**

**THIS MATTER** having been reviewed by this Court the Motion to Travel and after consideration of this matter it is hereby;

**ORDERED AND ADJUDGED** that the Motion to Travel and is hereby _Granted_

**DONE AND ORDERED** in Chambers in Dade County, Miami, Florida this _19_ day of _December_, 2001.

_____
~~Honorable Barry L. Garber~~
United States District Judge

cc: James S. Benjamin, Esq. 954-779-1771 fax
    Brian McCormick, Esq.
    Darwin Crenshaw, PTS (954) 769-5669