UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6309-CR-SEITZ/GARBER

**UNITED STATES OF AMERICA,**
    Plaintiff,

vs.

**MARK CARATTINI,**
    Defendant.
_____/

## MOTION TO TRAVEL FOR DEFENDANT MARK CARATTINI

**COMES NOW,** the Defendant, **MARK CARATTINI,** by and through the undersigned counsel, James S. Benjamin, Esq. and files this Emergency Amended Motion to Travel for Defendant Mark Carattini and hereby states the following:

1. That the Defendant wishes to travel to Sarasota, Florida for a wedding and would depart on January 4, 2002 and will return on January 5, 2002.

2. That the Defendant will be staying at the Days Inn Hotel in Sarasota, Florida.

4. That the Defendant will be traveling with his fiancé to attend this wedding.

5. That the Defendant will abide by any direction of his pre-trial release officer including reporting by telephone when he gets there and when he returns.

6. Pre-trial services officer Darwin Crenshaw has no objection to the Defendant traveling.

7. That undersigned counsel attempted to contact Assistant United States Attorney, Brian McCormick, to secure his position on this matter but as of the writing of this motion undersigned counsel has not yet had a return phone call.

WHEREFORE, the Defendant requests this Motion be granted.

                                                JAMES S. BENJAMIN, ESQ.
                                                Attorney for Defendant Carattini
                                                FBN: 293245

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a true and correct copy of the foregoing was furnished to parties listed below and Pre trial Services, Darwin Crenshaw, (954) 769-5669, 299 E. Broward Blvd., Room 301, Fort Lauderdale, FL 33301 and to Assistant United States Attorney, Brian McCormick, Esq., 500 East Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394 on this ____ day of December, 2001.

                                                JAMES S. BENJAMIN, ESQ.
                                                One Financial Plaza; Ste. 1615
                                                Fort Lauderdale, FL 33394
                                                (954) 779-1700