IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

    Plaintiff,

vs.

**MARK CARATTINI,**

    Defendant.
_____/

CASE NO: 00-6309-CR-SEITZ/Garber

FILED by _____ D.C.

JAN 2 2002

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

**THIS MATTER** having been reviewed by this Court the Motion to Travel to Sarasota, Florida on January 4, 2002 and returning to the Southern District on January 5, 2002 and after consideration of this matter it is hereby;

**ORDERED AND ADJUDGED** that the Motion to Travel and is hereby GRANTED. Defendant shall abide by all directions of Pretrial Services Officer.

**DONE AND ORDERED** in Chambers in Dade County, Miami, Florida this 2nd day of January, 2002.

_____
Patricia A. Seitz
United States District Judge

cc: James S. Benjamin, Esq. 954-779-1771 fax
    Brian McCormick, Esq.
    Darwin Crenshaw, PTS (954) 769-5669