## CRIMINAL MINUTES

### UNITED STATES DISTRICT COURT
### SOUTHERN DISTRICT OF FLORIDA

### THE HONORABLE PATRICIA A. SEITZ


FILED by ___ D.C.
JAN 2 4 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

Case No. 00-6309-Cr           Date 1/24/02
Clerk L. Webb                 Reporter D. Ehrlich
USPO _____                   Interpreter No
USPTS _____

AUSA D. Fernandez             Def. Atty. J. Benjamin

United States of America v. Mark Cerattini

Defendant(s): Present  X    Not Present ___    In Custody No
Reason for Hearing  Change of plea to 3rd & Count 1 of 2nd Superseding Indictment
Results of Hearing  Adjudicated guilty; PSI ordered; referred to USPO

Misc.  △ to remain on bond pending sentencing.

