UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6309-CR-SEITZ/GARBER

UNITED STATES OF AMERICA,
Plaintiff,

vs.

MARK CARATTINI,
Defendant.
_____/



## UNOPPOSED AND AGREED MOTION TO TRAVEL FOR DEFENDANT MARK CARATTINI

**COMES NOW**, the Defendant, **MARK CARATTINI**, by and through the undersigned counsel, James S. Benjamin, Esq. and files this Unopposed and Agreed Motion to Travel for Defendant Mark Carattini and hereby states the following:

1. That the Defendant wishes to travel to Biloxi, Mississippi for a few days and would depart on January 31, 2002 via air travel and will return on February 4, 2002 via air travel.

2. That the Defendant will be staying at the Beaurivage Resort, 875 Beach Boulevard, Biloxi, Mississippi 39530.

3. That the Defendant will be attending the Superbowl on February 3, 2002 in New Orleans but will drive back and will be staying over night at the Beaurivage Resort in Mississippi.

4. That the Defendant will be traveling with his fiancé on this vacation.

5. That the Defendant will abide by any direction of his pre-trial release officer including reporting by telephone when he gets there and when he returns.

6. That undersigned counsel contacted Assistant United States Attorney, Brian



McCormick who stated he has no objection and has agreed to this Motion.

**WHEREFORE,** the Defendant requests this Motion be granted.

_____
JAMES S. BENJAMIN, ESQ.
Attorney for Defendant Carattini
FBN: 293245

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to parties listed below and Pre trial Services, Darwin Crenshaw, (954) 769-5669, 299 E. Broward Blvd., Room 301, Fort Lauderdale, FL 33301 and to Assistant United States Attorney, Brian McCormick, Esq., 500 East Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394 on this ____ day of January, 2002.

_____
JAMES S. BENJAMIN, ESQ.
One Financial Plaza; Ste. 1615
Fort Lauderdale, FL 33394
(954) 779-1700