IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

        Plaintiff,

vs.

CASE NO: 00-6309-CR-SEITZ/Garber

**MARK CARATTINI,**

        Defendant.
_____/

### ORDER

**THIS MATTER** having been reviewed by this Court the Unopposed and Agreed Motion to Travel to Biloxi, Mississippi and New Orleans, Louisiana on January 31, 2002 and returning to the Southern District on February 4, 2002 and after consideration of this matter it is hereby;

**ORDERED AND ADJUDGED** that the Unopposed and Agreed Motion to Travel and is hereby _Granted_.

**DONE AND ORDERED** in Chambers in Dade County, Miami, Florida this 31st day of January, 2001.

_____
**Honorable Barry L. Garber**
United States District Judge

cc:  James S. Benjamin, Esq. 954-779-1771 fax
    Brian McCormick, Esq.
    Darwin Crenshaw, PTS (954) 769-5669 fax