JBM:df

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

NIGHT BOX FILED
APR 0 1 2002
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

CASE NO. 00-6309-CR-SEITZ/GARBER(S)(S)

UNITED STATES OF AMERICA,

        Plaintiff,

v.

MARK CARATTINI,

        Defendant.

_____

GOVERNMENT'S UNOPPOSED MOTION TO
CONTINUE SENTENCING HEARING FOR SIXTY DAYS

    The United States of America, through its undersigned Assistant United States Attorneys, respectfully files this Motion to Continue Sentencing hearing for sixty days, and in support thereof, states as follows:

    1.  On January 24, 2002, the defendant entered a guilty plea to Count 1 of the superseding indictment in this case. Part of the plea agreement included that the defendant would provide substantial assistance.

    2.  The Court set April 12, 2002, for sentencing.

3. The government requests that the Court continue the sentencing of defendant Carattini to enable him to complete his cooperation, which includes testifying at trial.

                          Respectfully submitted,

                          GUY E. LEWIS
                          UNITED STATES ATTORNEY

By: _____
    J. BRIAN McCORMICK
    ASSISTANT UNITED STATES ATTORNEY
    Court I.D. #A5500084
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394
    Telephone: (954) 356-7392
    Fax: (954) 356-7230

By: _____
    DIANA L.W. FERNANDEZ
    ASSISTANT UNITED STATES ATTORNEY
    Court I.D. #A5500017
    500 East Broward Blvd., Suite 700
    Fort Lauderdale, FL 33394
    Telephone: (954) 356-7392
    Fax: (954) 356-7230

CERTIFICATE OF SERVICE

I HEREBY certify that a true and correct copy of the foregoing was mailed this 4th day of April, 2002 to:

James Benjamin, Esq.
One Financial Plaza
Suite 1615
Fort Lauderdale, FL 33394
(Counsel for MARK CARATTINI)

_____
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY