```
                    UNITED STATES DISTRICT COURT
                    SOUTHERN DISTRICT OF FLORIDA
                          MIAMI DIVISION


UNITED STATES OF AMERICA,      .   CASE 00-6309CR-SEITZ
                               .
         PLAINTIFF,            .   MIAMI, FLORIDA
                               .   JULY 23, 2001
         v.                    .
                               .
JOHN MAMONE, FRED              .
MORGENSTERN, DAVID             .
MORGENSTERN, JOSEPH            .
SILVESTRI, JULIUS BRUCE        .
CHIUSANO, MICHAEL BUCCINNA,    .
JEFFREY BASS, FREDERICK        .
SCAROLA, GIUSEPPE              .
BELLITTO, MARK CARATTINI,      .
PAUL DIFILIPPI, ANSON          .
KLINGER, JOSEPH                .
SPITALERI, CHARLES CLAY,       .
PEGGY PRESTON, MARK WEISS,     .
JACOLYN BARUCH,                .
and DAVID BELL,                .
                               .
         DEFENDANTS.           .
                               .
. . . . . . . . . . . . . . . .



         TRANSCRIPT OF CHANGE OF PLEA PROCEEDINGS HAD

         BEFORE THE HONORABLE WILLIAM M. HOEVELER,

              UNITED STATES DISTRICT JUDGE.


                           - - - -

                   PAGES 1 THROUGH 11

                           - - - -
```

FILED by D.C.
APR 16 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

**Original** 953 H.H