UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6309-CR-SEITZ

**UNITED STATES OF AMERICA,**
    Plaintiff,

vs.

**MARK CARATTINI,**
    Defendant.
_____/



## OBJECTIONS TO REVISED PRE-SENTENCE INVESTIGATIVE REPORT

**COMES NOW,** the Defendant, **MARK CARATTINI,** by and through the undersigned counsel, James S. Benjamin, Esq. Benjamin and Aaronson, PA and files his objection to the revised pre-sentence investigation report revised June 26, 2002 and in support thereof states as follows:

1. The Defendant objects to Page 17, paragraph 59 and page 19 paragraph 74 the adjustment for role in the offense assigned to the Defendant. The pre-sentence report in the above enumerated paragraph does not assign a mitigating role for the Defendant. It is submitted that the Defendant qualifies for a mitigating role of minor participant and should receive a two level downward departure in mitigation of his guideline score.

2. The Defendant, Mark Carattini was an admitted bookmaker and only a minor participant in the vast nature of the various conspiracy and crimes alleged in the indictment. Aside from his role as a "bookmaker" the Defendant, Mark Carrattini was actually victimized by being a recipient of a usurious loan by the co-conspirators in this case. When compared to the

various dozens of co-conspirators involved in all aspects of illegal enterprises including up to 30 million dollars in fraudulent laundered illegal proceeds down through the enforcers, organizers, collectors, and others, Mr. Carattini's role as a simple bookmaker puts him in the minor role category.

3. It is urged that this court determine that the Defendant Mark Carattini is entitled to an adjustment for the role in his offense of a two level mitigation which would leave him with a total offense level of 14 on page 20 paragraph 81.

4. With the above enumerated adjustments, page 32, paragraph 131 should be adjusted to indicated level 14 with a criminal history I and a guideline imprisonment range of 15 - 21 months.

JAMES S. BENJAMIN, ESQ.
Attorney for Defendant Carotene
FBN: 293245

CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to parties listed below and Edward Cooley, U.S. Probation, 299 East Broward Blvd., Room 409, Fort Lauderdale, FL 33301 and to Assistant United States Attorney, Brian McCormick, Esq., 500 East Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394 on this 12 day of July, 2002.

JAMES S. BENJAMIN, ESQ.
One Financial Plaza; Ste. 1615
Fort Lauderdale, FL 33394
(954) 779-1700