UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6309-CR-SEITZ

**UNITED STATES OF AMERICA,**
　　Plaintiff,

vs.

**MARK CARATTINI,**
　　Defendant.
_____/



## UNOPPOSED AND AGREED MOTION TO RE-SET SENTENCING DATE PRESENTLY FOR AUGUST 9, 2002

**COMES NOW,** the Defendant, **MARK CARATTINI,** by and through the undersigned counsel, James S. Benjamin, Esq. Benjamin and Aaronson, PA and moves this Honorable Court to continue the sentencing presently scheduled for August 9, 2002 at 8:15 a.m. and for grounds therefore states the following:

1. That undersigned counsel has just realized that this Honorable Court has set this sentencing for a period of time where undersigned counsel has made annual vacation plans with his family which coincide with a National Bar Convention that undersigned counsel has pre-paid to attend. The First Amendment Lawyers Convention is beginning on August 7, 2002 in Colorado and undersigned counsel has made arrangements to be in Colorado from the beginning of the week of August returning late Sunday, August 11, 2002.

2. Undersigned counsel has contacted Assistant United States Attorney Diana Fernandez who stated she has <u>no objection</u> to re-setting this matter for a future date.

3. Undersigned counsel respectfully requests this Honorable Court to consider undersigned counsel's vacation plans and be so kind as to re-schedule the sentencing for a date later than August 11, 2002.

**WHEREFORE,** the Defendant prays that this Honorable Court grant this Motion to Re-set the Sentencing date.

JAMES S. BENJAMIN, ESQ.
Attorney for Defendant Carattini
FBN: 293245

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to parties listed below and Pre trial Services, Darwin Crenshaw, (954) 769-5669, 299 E. Broward Blvd., Room 301, Fort Lauderdale, FL 33301 and to Assistant United States Attorney, Brian McCormick, Esq., 500 East Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394 on this 18 day of July, 2002.

JAMES S. BENJAMIN, ESQ.
One Financial Plaza; Ste. 1615
Fort Lauderdale, FL 33394
(954) 779-1700