IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

                  Plaintiff,

vs.

**MARK CARATTINI,**

                  Defendant.

_____/

CASE NO: 00-6309-CR-SEITZ

FILED by _____ D.C.

JUL 3 1 2002

**ORDER**

    **THIS MATTER** having been reviewed on this Unopposed and Agreed Motion to Re-Set

Sentencing Date Presently set for August 9, 2002  and after consideration of this matter it is

hereby;

    **ORDERED AND ADJUDGED** that the Motion is hereby Granted. Sentencing

is reset to August 15, 2002 @ 9:00 A.M.

    **DONE AND ORDERED** in Chambers in Broward County, Fort Lauderdale, Florida this

31st day of July _____, 2002.

_____
PATRICIA A. SEITZ
United States Magistrate Judge

cc: James S. Benjamin, Esq.(954) 779-1771 fax
    Diana Fernandez, AUSA
    U.S. Probation