CRIMINAL SENTENCING MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by ___ D.C.
AUG 2 0 2002
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

---

Case No. 00-6309-Cr    Date 8/19/02
Clerk L. Webb    Reporter D. Ehrlich
USPO S. Garcia    Interpreter No
USPTS ___

AUSA B. McCormick    Def. Atty. J. Benjamin

United States of America v. Mark Carcettini

Defendant(s): Present X    Not Present ___    In Custody No
Sentence 15 mos as to Count 1
Supervised Release 3 yrs
Special Conditions of SR ① early term after 2 years
② full time empl ③ self empl approval
④ financial discl ⑤ association prohibitions
⑥ 100 hours comm. service
Fine $ 0    Special Assessment $ 100.00
Advised of right to appeal Yes
Recommendations to BOP ___

Misc. Surrender: 11/4/02
Remaining counts dismissed.

1127