UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO: 00-6309-CR-SEITZ/GARBER

**UNITED STATES OF AMERICA,**
    Plaintiff,

vs.

**MARK CARATTINI,**
    Defendant.
_____/

### UNOPPOSED AND AGREED MOTION TO TRAVEL FOR DEFENDANT MARK CARATTINI

**COMES NOW,** the Defendant, **MARK CARATTINI,** by and through the undersigned counsel, James S. Benjamin, Esq. and files this Unopposed and Agreed Motion to Travel for Defendant Mark Carattini and hereby states the following:

1. That the Defendant wishes to travel to Fairmont, Georgia for a few days and would depart on Friday, August 30, 2002 via automobile and will return on Monday, September 2, 2002 via automobile.

2. That the Defendant will be staying with his childhood friend, Curtis Price.

3. That Mr. Price resides at 14 Pleasant Lake, Fairmont, Georgia 30139 and the Defendant will also be staying at this address.

4. That the Defendant will be traveling with his fiancé on this vacation.

5. That the Defendant will abide by any direction of his pre-trial officer including reporting by telephone when he gets there and when he returns.

6. That undersigned counsel attempted to pre-trial officer Darwin Crenshaw who was out of town but duty officer Bret Hansmaker stated he has no objection to the Defendant traveling to

Georgia for the holiday weekend.

7. That undersigned counsel contacted Assistant United States Attorney, Diana Fernandez who stated she has no objection to this Motion.

**WHEREFORE,** the Defendant requests this Motion be granted.

_____
JAMES S. BENJAMIN, ESQ.
Attorney for Defendant Carattini
FBN: 293245

### CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that a true and correct copy of the foregoing was furnished to parties listed below and Pre trial Services, Darwin Crenshaw, (954) 769-5669, 299 E. Broward Blvd., Room 301, Fort Lauderdale, FL 33301 and to Assistant United States Attorney, Brian McCormick, Esq. and Diana Fernandez, Esq., 500 East Broward Blvd., Suite 700, Fort Lauderdale, Florida 33394 on this 26 day of August, 2002.

_____
JAMES S. BENJAMIN, ESQ.
One Financial Plaza; Ste. 1615
Fort Lauderdale, FL 33394
(954) 779-1700