IN THE UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

**UNITED STATES OF AMERICA,**

        Plaintiff,

vs.

**MARK CARATTINI,**

        Defendant.

_____/

CASE NO: 00-6309-CR-SEITZ

FILED by _____ D.C.

AUG 2 9 2002

CLARENCE MADDOX
CLER., U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## ORDER

**THIS MATTER** having been reviewed on this Unopposed Motion to Travel for Defendant Mark Carattini on Friday, August 30, 2002 to Monday, September 2, 2002 and after consideration of this matter it is hereby;

**ORDERED AND ADJUDGED** that the Motion is hereby _Granted_ _____

_____.

**DONE AND ORDERED** in Chambers in Dade County, Miami, Florida this 28th day of _August_, 2002.

~~BARRY L. GARBER~~
United States ~~Magistrate~~ Judge
_District_

cc: James S. Benjamin, Esq. (954) 779-1771 fax
    Diana Fernandez, AUSA
    Darwin Crenshaw