(k) certifre.

**UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA**

CASE NO. 00-10309-CR-SEITZ

United States of America )
        Plaintiff )
v. )
 )
Mark Carratini )
        Defendant )



## CERTIFICATION OF EMERGENCY

    I hereby certify that, as a member of the Bar of this Court, I have carefully examined this matter and it is a true emergency.

    I further certify that the necessity for this emergency hearing has not been caused by a lack of due diligence on my part, but has been brought about only by the circumstances of this case. The issues presented by this matter have not been submitted to the Judge assigned to this case or any other Judge or Magistrate Judge of the Southern District of Florida prior hereto.

    I further certify that I have made a bona fide effort to resolve this matter without the necessity of emergency action.

Dated this 3 day of January, 2001 2003.

Signature: *James Benjamin*

Print Name: James S. Benjamin

Florida Bar Number: 293245

Telephone Number: (954) 779-1700

* * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * * *

    I hereby certify that the Judge assigned to this case is unavailable for this emergency (a copy of his/her notification to the Clerk is on file). In accordance with Local Rule 3.7, the Honorable ALAN S. GOLD was randomly drawn from the Emergency Wheel.

Dated: 1/3/03

                                  **CLARENCE MADDOX**
                                  Court Administrator • Clerk of Court

                                By: _____
                                             Deputy Clerk