UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6309-CR-SEITZ(S)(S)</u>

UNITED STATES OF AMERICA,
          Plaintiff,

v.

MARK CARATTINI,
          Defendant.
_____/

NIGHT BOX FILED
MAR 24 2003
CLARENCE MADDOX
CLERK, USDC / SDFL / MIA

### GOVERNMENT'S MOTION TO REDUCE THE PREVIOUSLY IMPOSED SENTENCE OF INCARCERATION PURSUANT TO RULE 35(b), FEDERAL RULES OF CRIMINAL PROCEDURE

The United States of America, by the undersigned Assistant United States Attorneys, files this motion to reduce the previously imposed sentence of incarceration, pursuant to Rule 35(b), Federal Rules of Criminal Procedure. In support thereof, the government states the following:

1.   On January 24, 2002, the defendant pled guilty to Count One of the second superseding indictment, charging him with RICO Conspiracy, 18 U.S.C. 1962(d).

2.   On August 22, 2002, the defendant was sentenced to a period of incarceration of 15 months. The defendant is scheduled to surrender in order to commence his sentence on April 4, 2003.

3.   The defendant has completed his cooperation with the government and local law enforcement.

4. The government requests that the Court set a hearing as soon as practicable to enable the government to inform the Court of the substantial assistance rendered by the defendant that would justify a reduction of the defendant's sentence pursuant to Rule 35(b) of the Federal Rules of Criminal Procedure.

WHEREFORE, based upon the foregoing, the government respectfully files this motion for reduction of sentence.

Respectfully submitted,

MARCOS DANIEL JIMENEZ
UNITED STATES ATTORNEY

By: *Diana W. Fernandez for*
J. BRIAN McCORMICK
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500084
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

By: *Diana W. Fernandez*
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY
Court I.D. #A5500017
500 East Broward Blvd., Suite 700
Fort Lauderdale, FL 33394
Telephone: (954) 356-7392
Fax: (954) 356-7230

**CERTIFICATE OF SERVICE**

I HEREBY certify that a true and correct copy of the foregoing was mailed this 24th day of March, 2003, to:

James Benjamin, Esquire
1 Financial Plaza, Suite 1615
Fort Lauderdale, FL 33394
(Counsel for Mark Carattini)

_____
DIANA L.W. FERNANDEZ
ASSISTANT UNITED STATES ATTORNEY