UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

v.

MARK CARATTINI,
_____/

### ORDER SETTING RULE 35 HEARING

PLEASE TAKE NOTICE that this matter is set for hearing on the Government's Motion to Reduce Sentence before the undersigned on **April 1, 2003, at 9:00 a.m.**

DONE AND ORDERED in Miami, Florida this 25th day of March, 2003.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
James Benjamin, Esq.
U.S. Probation