Case 0:00-cr-06309-PAS   Document 1338   Entered on FLSD Docket 04/07/2003   Page 1 of 1

CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by ___ D.C.
APR 4 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr    Date 4/1/03
Clerk L. Webb    Reporter D. Ehrlich
USPO M. Sullivan    Interpreter
USPTS

AUSA B. McCormick    Def. Atty. S. Benjamin

United States of America v. Mark Cavettini

Defendant(s): Present X    Not Present ___    In Custody No
Reason for Hearing Rule 35

Results of Hearing Granted
Sentence: 4 years probation
Spec Cond: 6 mos home confinement/
Fine (S) $5,449/clerk; no delay term.

(All other conditions apply).

Misc.