PROB 19                                                                    SD/FL PACTS No. 65981

## UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF FLORIDA

### CASE NO. 00-6309-CR-SEITZ/001

U.S.A. vs Mark Carattini

FILED by _____ D.C.

SEP 17 2003

CLARENCE MADDOX
CLERK, U.S. DIST. CT.
S.D. OF FLA. - MIAMI

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| WARRANT FOR ARREST OF PROBATIONER |
|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. |

| NAME OF PROBATIONER  Mark Carattini | SEX  M | RACE  White | AGE  44 |
|---|---|---|---|
| ADDRESS (STREET,CITY,STATE)  8096 Buttonwood Circle, Tamarac, FL 33321 | | | |
| PROBATION IMPOSED BY (NAME OF COURT)  U.S. District Court, SD/FL | | DATE IMPOSED  April 1, 2003 | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)  U. S. District Court, Southern District/ Florida, Miami | | | |
| CLERK | (BY) DEPUTY CLERK  [signature] | DATE  9/17/03 | |

| RETURN |
|---|
| | DATE RECEIVED | DATE EXECUTED |
| Warrant received and executed. | | |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for  Southern  District of  Florida  ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."