UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA

    Plaintiff,

v.

MARK CARATTINI
DOB:   (J) 55530-004
    Defendant.
_____/

FILED by ___ D.C.
MAG. SEC.
SEP 23 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA.

## ORDER ON INITIAL APPEARANCE

AUSA _Doreen Gayles_     Language _English_
Agent _____     Tape No. _03 B 26 545 &_
                                                                 _03B 26-721_

    The above-named defendant having been arrested on _____ having appeared before the court for initial appearance on **September 23, 2003** _____ and proceedings having been held in accordance with **Fed.R.Cr.P. r. 5 or 40(a)**, it is thereupon
    ORDERED as follows:
1. _James Benjamin_ appeared as permanent/~~temporary~~ counsel of record.
   Address: _1 Financial Plaza, Suite 1615, Fort Lauderdale_
   Zip Code: _33394-_    Telephone: _954-779-1700_
2. _____ appointed as permanent counsel of record.
   Address: _____
   Zip Code: _____ Telephone: _____
3. The defendant shall attempt to retain counsel and shall appear before the court at 10:00 a.m. on _Probable Cause hrg set for 10/7/03 at 10:00_, 2003.
4. Arraignment/Preliminary/Removal/Identity hearing is set for _10am_____, 2003.
5. The defendant is held in temporary pretrial detention pursuant to 18 U.S.C. Section 3142 (d) or (f) because _Bond hrg set for 9/26/03 at 10:00_
   A ~~detention~~ hearing, pursuant to 18 U.S.C. Section 3142(f), is set for _10am_____, 2003.
6. The defendant shall be released from custody upon the posting of the following type of appearance bond, pursuant to 18 U.S.C. Section 3142:
_____

    This bond shall contain the standard conditions of bond printed in the bond form of this Court and, in addition, the defendant must comply with the special conditions checked below:
___a. Surrender all passports and travel document to the Pretrial Services Office.
___b. Report to Pretrial Services as follows:___ times a week by phone, ___time a week in person;
      other: _____
___c. Submit to random urine testing by Pretrial Services for the use of non-physician-prescribed substances
      prohibited by law.

<u>**MARK CARATTINI**</u>

___d. Maintain or actively seek full time gainful employment.
___e. Maintain or begin an educational program.
___f. Avoid all contact with victims of or witnesses to the crimes charged.
___g. Refrain from possessing a firearm, destructive device or other dangerous weapon.
___h. Comply with the following curfew: _____
___i. Avoid all commercial transportation facilities; no airports, no marinas, no bus terminals.
___j. Comply with the following additional special conditions of this bond:

_____
_____

This bond was set: At Arrest _____
On Warrant _____
After Hearing _____

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is _____
_____
_____
_____

_____ If this space is checked, an evidentiary hearing pursuant to United States v. Nebbia, 357, F.2d 303 (2 Cir. 1966) shall be held prior to the posting of the bond. Such hearing shall be scheduled promptly upon notification to the court that the defendant is ready to post bond.

7. The defendant has been advised by the court that if he or she is released on bond pursuant to the conditions set forthherein or those later ordered by the court, the defendant is subject to arrest and revocation of release and to various civil and criminal sanctions for any violation of those conditions. These various sanctions and penalties are set forth more fully in the Appearance Bond itself.

8. The defendant is committed to the custody of the United States Marshal until an appearance bond has been executed in accordance with this or subsequent court order.

**DONE AND ORDERED** at Miami, Florida this 23rd day of SEPTEMBER, 2003.

_____
**UNITED STATES MAGISTRATE JUDGE**
**PATRICK A. WHITE**

c: Assistant U.S. Attorney
Defense Counsel
Pretrial Services/Probation