UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,
v.

**ORDER ON BOND MOTION**

MARK CARATTINI

*Stipulated (no bring)*

This Cause came before the Court upon motion of the (defendant)(government) to (reduce)(increase)(modify) the bond. Upon consideration, it is

**ORDERED AND ADJUDGED** as follows:

_____ The motion is **denied**; bond remains at _____
✓ The motion is **granted**; bond is set at: _____
✓ Personal Surety, unsecured, in the amount of $ 75,000
✓ Personal Surety in the amount of $ 25,000
with 10% posted with Clerk of Court.
_____ Personal Surety in the amount of $_____ secured by the following collateral: _____
_____ Full Cash in the amount of $_____
_____ Corporate Surety in the amount of $_____
Full Cash or Corporate Surety in the amount of $_____ In addition to the standard conditions of bond, the following special conditions are hereby imposed:

_ SURRENDER ALL PASSPORTS & TRAVEL DOCUMENTS TO PRETRIAL SERVICES.
_ REPORT TO PRETRIAL SERVICES AS FOLLOWS: AS DIRECTED; __ WEEKLY IN PERSON; __ WEEKLY BY PHONE.____
_ TRAVEL RESTRICTED TO THE SOUTHERN DISTRICT OF FLORIDA.
_ MAINTAIN CURRENT RESIDENCE.
_ SUBMIT TO RANDOM URINE TESTING BY PRETRIAL SERVICES FOR THE USE OF NON-PHYSICIAN-PRESCRIBED SUBSTANCES PROHIBITED BY LAW.
_ MAINTAIN OR ACTIVELY SEEK FULL-TIME EMPLOYMENT.
_ MAINTAIN OR BEGIN AN EDUCATIONAL PROGRAM.
_ AVOID ALL CONTACT WITH VICTIMS OF OR WITNESSES TO THE CRIMES CHARGED
_ REFRAIN FROM POSSESSING A FIREARM, DESTRUCTIVE DEVICE OR OTHER DANGEROUS WEAPON.  ✓ COMPLY WITH THE FOLLOWING ADDITIONAL SPECIAL CONDITIONS OF THIS BOND: *all prior conditions still in effect / co-signed by mother & sister*

If bond is changed from that set in another District, the reason pursuant to Rule 40(f) is:_____

DONE AND ORDERED at Miami, Florida this 26 day SEPTEMBER 2003.
TAPE NO.03B-27-1589.

**PATRICK A. WHITE**
UNITED STATES MAGISTRATE JUDGE

c: AUSA,
   James Benjamin, Esq.