PROB 19                                                                                         SD/FL PACTS No. 65981

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

CASE NO. <u>00-6309-CR-SEITZ/001</u>

U.S.A. vs Mark Carattini

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

517822

## WARRANT FOR ARREST OF PROBATIONER

You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court.

| NAME OF PROBATIONER<br>Mark Carattini | SEX<br>M | RACE<br>White | AGE<br>44 |
|---|---|---|---|

| ADDRESS (STREET, CITY, STATE)<br>8096 Buttonwood Circle, Tamarac, FL 33321 |

| PROBATION IMPOSED BY (NAME OF COURT)<br>U.S. District Court, SD/FL | DATE IMPOSED<br>April 1, 2003 |

| TO BE BROUGHT BEFORE (NAME OF COURT, CITY, STATE)<br>U. S. District Court, Southern District/ Florida, Miami |

| CLERK | (BY) DEPUTY CLERK | DATE 9/17/03 |

### RETURN

| Warrant received and executed. | DATE RECEIVED<br>9/17/03 | DATE EXECUTED<br>9/19/03 |
|---|---|---|
| EXECUTING AGENCY (NAME AND ADDRESS)<br>USMS Ft. Lauderdale, FL | | |
| NAME Christina Pharo<br>US Marshal  S/D  FL | (BY)<br>Stephanie Perez, SDUSM | DATE<br>9/19/03 |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer," or "United States Marshal for <u>Southern District of Florida</u>," or "any United States Marshal," or "any Special Agent of the Federal Bureau of Investigation," or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation," or "any agent of the Alcohol Tax Unit."

