PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 65981




**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF FLORIDA**

**CASE NO. 00-6309-CR-SEITZ/010**

## SUPERCEDING PETITION FOR WARRANT FOR OFFENDER UNDER SUPERVISION

Name of Offender: Mark Carattini

Name of Sentencing Judicial Officer: The Honorable Patricia A. Seitz, U. S. District Judge, Miami, Florida

Date of Original Sentence: August 19, 2002

Original Offense: Count I: Conspiracy to Engage in Racketeering, in violation of Title 18 U.S.C. § 1962(d)

Original Sentence: Fifteen (15) months Bureau of Prisons to be followed by three (3) years supervised release with the special conditions: 100 hours of community service; access to all financial information; maintain full time legitimate employment; prohibited from associating or visiting where groups such as terrorists, members or organizations and advocating violence, organized crime figures, crime families or motorcycle gang members are known to be or frequent; after 2 years of exemplary performance of supervised release the Court will consider early termination. **Sentence Reduced: 04/01/03:** Four (4) years probation; Home Detention Electronic Monitoring for a period of six (6) months with all special conditions from previous Judgement to remain the same.

Type of Supervision: Probation

Date Supervision Commenced: April 1, 2003

Assistant U.S. Attorney:
Diana L. W. Fernandez

Defense Attorney:
James Scott Benjamin

---

## PETITIONING THE COURT

[X] To issue a warrant
[ ] To issue a summons

The probation officer believes that the offender has violated the following condition(s) of supervision:



PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 65981

| Violation Number | Nature of Noncompliance |
|---|---|
| 1. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about September 5, 2003, in Broward County, Florida, the defendant Uttered a Forged Instrument, contrary to Florida Statute 831.02. |
| 2. | **Violation of Standard Condition**, by failing to answer truthfully all inquiries by the U. S. Probation Officer. On or about August 21, 2003, the defendant was questioned as to whether he had executed a Warranty Deed on 8096 Buttonwood Circle, Tamarac, Florida 33321, and stated he had not, when in fact, evidence and statements indicated that a false Warranty Deed was executed on or about April 23, 2003, and recorded on or about September 5, 2003. |
| 3. | **Violation of Mandatory Condition,** by failing to refrain from violation of the law. On or about April 15, 2003, and April 23, 2003, in Broward County, Florida, the defendant did commit the offense of driving without a valid drivers license, contrary to Florida Statute 322.03. |
| 4. | **Violation of Special Condition,** by failing to participate in the Home Detention Electronic Monitoring Program. On or about April 23, 2003, the defendant left his place of employment at approximately 2:00 p.m., and was to proceed directly home, but in fact did not return to his residence until approximately 5:30 p.m., instead using that time for unauthorized activities. |
| 5. | **Violation of Standard Condition,** by failing to perform community service hours as directed. On or about April 14, 2003, the defendant was directed to begin performing eight (8) hours of community service work per month at the Broward County Library, and to date has failed to comply with this agreement and is currently twenty four (24) hours delinquent. |
| 6. | **Violation of Standard Condition,** by failing to follow the instructions of the U. S. Probation Officer. On or about July 30, 2003, and August 21, 2003, the defendant was instructed to complete a minimum of four (4) community service hours each of the following Saturdays, and failed to do so as directed. |
| 7. | **Violation of Standard Condition,** by failing to answer truthfully all inquiries by the Probation Officer. On or about September 2, 2003, the defendant stated that he made a $750 child support payment on July 30, 2003, when in fact no such payment was made. |

PROB 12C
(SD/FL 9/96)

SD/FL PACTS No. 65981

U.S. Probation Officer Recommendation:

[X] The term of supervision should be
[X] revoked.
[ ] extended for__ years, for a total term of __years.

[ ] The conditions of supervision should be modified as follows:

Respectfully submitted,

by

Steven G. Aasterud
U.S. Probation Officer
Phone: (954) 769-5507
Date: September 24, 2003

SGA/dee

Reviewed by:

Carolyn M. Gamble, Supervising
U. S. Probation Officer

---

THE COURT ORDERS:

[ ] No Action
[X] The Issuance of a Warrant
[X] The Issuance of a Summons
[ ] Submit a Request for Modifying the Conditions or Term of Supervision

PAS

Signature of Judicial Officer

10/7/03
Date

cc: Brian McCormick, AUSA
Jaime Benjamin, Esq.
Steve Aasterud, USPO