PROB 19

SD/FL PACTS No. 65981

# UNITED STATES DISTRICT COURT
# SOUTHERN DISTRICT OF FLORIDA

FILED by _AB_ D.C.

OCT 2 0 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

## CASE NO.  00-6309-CR-SEITZ

U.S.A. vs Mark Carattini

TO:[1] ANY UNITED STATES MARSHAL OR AUTHORIZED REPRESENTATIVE

| SECOND SUPERCEDING WARRANT FOR ARREST OF PROBATIONER |
|---|
| You are hereby commanded to arrest the within-named probationer and bring him or her, forthwith, before the United States District Court to answer charges that he or she violated the conditions of his or her probation imposed by the court. |

| NAME OF PROBATIONER<br>**Mark Carattini** | | SEX<br>**M** | RACE<br>**W** | AGE<br>**44** |
|---|---|---|---|---|
| ADDRESS (STREET,CITY,STATE)<br>**650 S.W.  158 Lane, Sunrise, FL 33326** | | | | |
| PROBATION IMPOSED BY (NAME OF COURT)<br>**U.S. District Court, SD/FL** | | DATE IMPOSED<br>**April 1, 2003** | | |
| TO BE BROUGHT BEFORE (NAME OF COURT,CITY,STATE)<br>**U.S. District Court, Southern District/Florida, Miami** | | | | |
| | | | | |
| CLERK _Clarence Maddox_ | (BY) DEPUTY CLERK _Marlen Gardner_ | DATE _10-20-03_ | | |

*NO BOND*

| RETURN | | |
|---|---|---|
| **Warrant received and executed.** | DATE RECEIVED | DATE EXECUTED |
| EXECUTING AGENCY (NAME AND ADDRESS) | | |
| | | |
| NAME | (BY) | DATE |

[1] Insert designation of officer to whom the warrant is issued, e.g. "any United States Marshal or any other authorized officer;" or "United States Marshal for  Southern  District of  Florida  ;" or "any United States Marshal;" or "any Special Agent of the Federal Bureau of Investigation;" or "any United States Marshal or any Special Agent of the Federal Bureau of Investigation;" or "any agent of the Alcohol Tax Unit."

1465
00