

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

vs.

**ORDER ON HEARING TO**

MARK CARATTINI

**REPORT RE COUNSEL**

The above named defendant having appeared before the Court as ordered and reported efforts to retain counsel, it is thereupon

ORDERED as follows:

__✓__  Private counsel James Benjamin Esq. appeared in open court and is noted as permanent counsel of record.

_____  The defendant requested Court appointed counsel, was found eligible, and counsel will be appointed by separate order.

_____  The defendant requested Court appointed counsel but was found ineligible, and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

_____  The defendant requested further time to retain counsel and shall appear before the Court on _____ at 10:00 a.m. to report regarding his/her further efforts to retain counsel, unless counsel notices a permanent appearance before that date.

**DONE AND ORDERED** at Miami, Florida this __30th__ day of __OCTOBER,__ 2003

TAPE 03H

c. Defense Counsel
   Pretrial Services
   U.S. Marshal
   AUSA

ROBERT L. DUBE'
**UNITED STATES MAGISTRATE JUDGE**