UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
CASE NO. 00-6309-Cr-Seitz

UNITED STATES OF AMERICA,

vs.                                             ORDER

Mark Carattini
_____

This cause came before the Court and pursuant to proceedings held, it is thereupon

**ORDERED AND ADJUDGED** as follows: The defendant is hereby remanded to the custody of the US Marshal, to be brought before Judge Seitz for all further hearing. This is a no bond status.

**DONE AND ORDERED** at Miami, Florida this 30th day of _____ 2003.
TAPE NO: 03H-27-136

UNITED STATES MAGISTRATE JUDGE
ROBERT L. DUBE'

c: AUSA
   Defense Counsel James
   Pretrial Services Benjamin
   U.S. Marshal