UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ



UNITED STATES OF AMERICA,

v.

MARK CARATTINI,

_____/

## ORDER SETTING FINAL REVOCATION HEARING

PLEASE TAKE NOTICE that this matter is set for final revocation hearing on

**November 24, 2003, at 3:30 a.m.**

DONE AND ORDERED in Miami, Florida this _12th_ day of November, 2003.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Brian McCormick, AUSA
Diana Fernandez, AUSA
James Benjamin, Esq.
Steven Aasterud, USPO