UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,          :
                                   :
                Plaintiff,         :
                                   :
        v.                         :
                                   :
 MARK CARATTINI                    :
                                   :
                Defendant.         :
_____/

FILED by _____ D.C.

NOV 2 4 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S. D. OF FLA. - MIAMI

### ORDER AUTHORIZING THE USE OF ELECTRONIC EQUIPMENT

This cause comes before this Court on the government's request to bring a cassette player into

the United States Courthouse for use in presenting evidence before this Court in the probation

revocation hearing in the above-captioned case.. Considering the grounds raised in the government's

motion, and the Court being otherwise fully advised in the premises, it is

ORDERED and ADJUDGED that the motion is granted. The United States Marshals Service

is directed to authorize Assistant United States Attorney Terrence J. Thompson, or other government

attorney assisting him, to enter the United States Courthouse with a cassette tape player for use at

the probation revocation hearing in the above-captioned case to be held on November 24, 2003.

DONE and ORDERED at Miami, Florida, this 24th day of November 2003

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE