CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by ___ D.C.
NOV 25 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA - MIAMI

Case No. 00-6309-Cr          Date 11/24/03
Clerk L. Webb              Reporter D. Ehrlich
USPO Steve Anderson        Interpreter ___
~~USPTS~~ Lennox George

AUSA Terence Thompson
Def. Atty. James Benjamin

USA v. Dirach Garcellini

Defendant(s): Present  X    Not Present ___    In Custody  Yes
Reason for Hearing  Final revocation - probation violation.

Results of Hearing  Court heard testimony from several witnesses. Several hours of testimony remain.

Misc. Cont'd to 11/26 @ 1:00