CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by ___ D.C.
DEC 03 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-CR       Date 12/2/03
Clerk L. Webb             Reporter D. Ehrlich
USPO S. Hasterud          Interpreter
USPTS

AUSA Terence Thompson
Def. Atty. James Benjamin

USA v. Mark Cerattini

Defendant(s): Present  X    Not Present ___    In Custody  Yes
Reason for Hearing  Continuation of Final Revocation Hearing
Results of Hearing  Court hears further testimony from Mr. Heede.

Misc. Cont'd to 12/11/03

481