CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.

DEC 0 3 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr        Date 11/26/03
Clerk L. Webb             Reporter D. Ehrlich
USPO Steve Aastaud        Interpreter
USPTS

AUSA Terence Thompson
Def. Atty. James Benjamin

USA v. Mark Cerattini

Defendant(s): Present _____ Not Present _____ In Custody _____
Reason for Hearing Continuation of Final Revocation Hrg

Results of Hearing Court hears testimony of witnesses

Misc. Cont'd to 12/2/03