CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.

DEC 0 4 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00 - 6309 - CC          Date 12/4/03

Clerk L. Webb               Reporter D. Ehrlich

USPO Steve Aastervod        Interpreter _____

USPTS _____

AUSA Terry Thompson

Def. Atty. James Benjamin

USA v. Mark Carettini

Defendant(s): Present  X      Not Present _____    In Custody Yes

Reason for Hearing Continuation of Final Revocation Hearing

Results of Hearing Testimony of USPO Steve Aastervod.

Misc. Cont'd to 10/10 @ 8:30.

1483/08