CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ


FILED by ___ D.C.
DEC 1 0 2003
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-CR        Date 12/10/03
Clerk L. Webb              Reporter Bill Romanishin
USPO S. Aastorvd           Interpreter _____
USPTS _____

AUSA Terry Thompson
Def. Atty. Romeo Benjamin (not present)

USA v. Mark Carottine

Defendant(s): Present  X      Not Present _____     In Custody  Yes
Reason for Hearing  Continuation of Final Revocation.

Results of Hearing  Benjamin's back is out & he was unable to attend. Continued to 12/22/03 @ 8:30

Misc. _____