CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ



FILED by ____ D.C.

DEC 3 0 2003

CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI



Case No. 00 - 6309 - CR        Date December 30, 2003
Clerk Patricia Snead        Reporter David Erlich
USPO Steve Aasterud        Interpreter N/A
USPTS N/A

AUSA Terry Thompson, Esq.
Def. Atty. James Benjamin, Esq.

USA v. Mark Carattini

Defendant(s): Present ✓    Not Present ____    In Custody ____

Reason for Hearing Continued Final Revocation Hearing (Supervised Release).

Results of Hearing

HEARING CONTINUED TO WED., 12/31/03 @ 8:30 A.M. —

Misc.

1486/cn