CRIMINAL MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.
JAN - 5 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. - MIAMI

Case No. 00-6309-Cr    Date 12/22/03
Clerk H. Webb          Reporter L. Ehrlich
USPO Steve Acestered   Interpreter
USPTS

AUSA Jerry Thompson
Def. Atty. Fewto Benjamen

USA v. Mark Carattini

Defendant(s): Present  X    Not Present _____    In Custody Yes
Reason for Hearing  Final Revocation Hrg.

Results of Hearing

Misc. Cont'd to 12/30 (?) 9:30