UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA
MIAMI DIVISION

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

MARK CARATTINI,

_____/



## ORDER SETTING CONTINUATION OF FINAL REVOCATION HEARING

PLEASE TAKE NOTICE the continuation of the Final Revocation Hearing is set for **January 12, 2004, at 10:00 a.m.**

DONE AND ORDERED in Miami, Florida this 6th day of January, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

Copies to:
Terrence Thompson, AUSA
James Benjamin, Esq.
Steve Aasterud, U.S. Probation