FINAL REVOCATION
CRIMINAL ~~SENTENCING~~ MINUTES

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

THE HONORABLE PATRICIA A. SEITZ

FILED by _____ D.C.
JAN 12 ___
CLARENCE MADDOX
CLERK U.S. DIST.
S.D. OF FLA. - MIAMI

Case No. 00-6309-CR  Date 1/12/04
Clerk L. Lexob  Reporter D. Ehrlich
USPO Steve Eastwood  Interpreter
USPTS

AUSA Terrence Thompson
Def. Atty. Jeanne Baumann
United States of America v. Creek Geraldine

Defendant(s): Present X  Not Present ___  In Custody Yes
Sentence 21 months
Supervised Release 3 years
Special Conditions of SR (1) early term after 2 years
(2) 100 hours community service (3) full
time employment (4) financial disclosure
(5) no new credit (6) support children

Fine $  Special Assessment $
Advised of right to appeal (7) no restriction on any criminal proj.
Recommendations to BOP facility at Miami to be near
minor children + travel here takes ill.

Misc. A withdraws motion for bond filed
11/11/03.
Court approved depart.