UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,
    Plaintiff,
v.                                    **MOTION TO DISCHARGE**
MARK CARATTINI,          **PERSONAL SURETY AND 10% BOND**
    Defendant.
_____/

COMES NOW, the Defendant, MARK CARATTINI, by and through his undersigned counsel, James S. Benjamin, Esquire, BENJAMIN & AARONSON, P.A., moves this Honorable Court to discharge both the $75,000.00 personal surety bond and the $25,000.00 10% bond and as grounds therefore states as follows:

1.    That the Defendant was released on or about September 26, 2003 after executing a $75,000.00 personal surety appearance bond, co-signed by his mother and sister and a $25,000.00 10 % appearance bond, co-signed by his mother and sister and subsequent to his mother, Joan Carattini, posting the amount of $2,500.00 with the Clerk of the United States District Court for the Southern District of Florida, evidenced by original receipt #229756, attached hereto and made a part hereof.

2.    That the Defendant was subsequently re-arrested pursuant to subsequent Order of this Honorable Court where he has remained in custody ever since.



3.  That it is respectfully requested that this Honorable Court order the release and discharge of the appearance bond and allow for Joan Carattini to receive the cash bond back from the Clerk of the Court.

**WHEREFORE,** the Defendant prays this Honorable Court grant the relief sought above.

**I HEREBY** certify that a true and correct copy of the foregoing was mailed to AUSA, Terry Thompson, Esquire at 299 E. Broward Blvd., Ft. Lauderdale, FL 33301 this _17_ day of February, 2004.

JAMES S. BENJAMIN, ESQUIRE
Florida Bar No.: 293245
BENJAMIN & AARONSON, P.A.
One Financial Plaza, Suite 1615
Fort Lauderdale, Florida 33394
Telephone: 954-779-1700
Facsimile:  954-779-1771

```
AO82                              ORIGINAL              229756
(Rev. 4/90)                   RECEIPT FOR PAYMENT
                          UNITED STATES DISTRICT COURT
                                   for the
                          SOUTHERN DISTRICT OF FLORIDA
                                        at  Miami

RECEIVED FROM    Joan Carattini
                 650 SW 158 Lane
                 Sunrise, FL 33326
                 USA vs Mark Carattini
```

| Fund | | ACCOUNT | AMOUNT |
|---|---|---|---|
| 6855XX | Deposit Funds | | 2,500.00 |
| 604700 | Registry Funds | | |
| | General and Special Funds | | |
| 508800 | Immigration Fees | | |
| 085000 | Attorney Admission Fees | | |
| 086900 | Filing Fees | TOTAL | 2,500.00 |
| 322340 | Sale of Publications | | |
| 322350 | Copy Fees | Case Number or Other Reference | |
| 322360 | Miscellaneous Fees | 00-6309-CR-Seitz | |
| 143500 | Interest | | |
| 322380 | Recoveries of Court Costs | | |
| 322386 | Restitution to U.S. Government | | |
| 121000 | Conscience Fund | | |
| 129900 | Gifts | | |
| 504100 | Crime Victims Fund | | |
| 613300 | Unclaimed Monies | | |
| 510000 | Civil Filing Fee (½) | | |
| 510100 | Registry Fee | | |

(954) 389-2796

Appearance Bond To be Invested

$ Checks and drafts are accepted subject to collection and full credit will only be given when the check or draft has been accepted by the financial institution on which it was drawn

DATE 07/26  Cash Check MO Credit DEPUTY CLERK