UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF FLORIDA

CASE NO. 00-6309-CR-SEITZ

UNITED STATES OF AMERICA,

v.

MARK CARATTINI,

_____/

FILED by _____ D.C.
MAR 1 2004
CLARENCE MADDOX
CLERK U.S. DIST. CT.
S.D. OF FLA. MIAMI

## ORDER FOR DISBURSEMENT OF BOND

THIS MATTER came before the Court upon the Defendant's Motion to Discharge Personal Surety and 10% Bond. The Court having reviewed said motion and being otherwise fully advised, it is

ORDERED that the Defendant' Motion is GRANTED, it being further

ORDERED that the Clerk of Court is hereby DIRECTED to forthwith make the disbursement of the $2,500.00 cash bond (Receipt No. 229756) heretofore posted on behalf of the Defendant, together with any accrued interest, to: Joan Carattini, 650 S.W. 158th Lane, Sunrise, FL 33326, S.S. #: 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. It is further

ORDERED that Defendant's $75,000.00 Personal Surety Bond is hereby DISCHARGED and the co-signers, as personal sureties, are hereby EXONERATED from any further liability in this matter.

DONE AND ORDERED, in Miami, Florida, this 27th day of February, 2004.

PATRICIA A. SEITZ
UNITED STATES DISTRICT JUDGE

cc: Terrence Thompson, AUSA
James Benjamin, Esq.
Financial Deputy Clerk, Miami