DEFENDANT: MARK CARATTINI
CASE NUMBER: 00-6309-CR-SEITZ/010

## IMPRISONMENT

The defendant is hereby committed to the custody of the United States Bureau of Prisons to be imprisoned for a term of **21 MONTHS.**

The Court makes the following recommendation to the Bureau of Prisons:

> The defendant should be placed at FCI Miami to be near his minor children and his mother, who is ill, all of whom reside in South Florida.

The defendant is remanded to the custody of the United States Marshal.

## RETURN

I have executed this judgment as follows:

Defendant delivered on __4-20-04__ to __FCC Coleman-Low__
at __Coleman, FL__ , with a certified copy of this judgment.

Bruce Pearson, Warden
~~UNITED STATES MARSHAL~~

By: Jan Perry, LTE
Deputy U.S. Marshal

1537(c)

DEFENDANT: MARK CARATTINI
CASE NUMBER: 00-6309-CR-SEITZ/010

## SUPERVISED RELEASE

Upon release from imprisonment, the defendant shall be on supervised release for a term of **3 years**.

The defendant shall report to the probation office in the district to which the defendant is released within 72 hours of release from custody of the Bureau of Prisons.

The defendant shall not commit another federal, state or local crime.
The defendant shall not illegally possess a controlled substance.

*For offenses committed on or after September 13, 1994:*

The defendant shall refrain from any unlawful use of a controlled substance. The defendant shall submit to one drug test within 15 days of release from imprisonment and at least two periodic drug tests thereafter.

**The defendant shall not possess a firearm, destructive device, or any other dangerous weapon.**

If this judgment imposes a fine or a restitution obligation, it shall be a condition of supervised release that the defendant pay any such fine or restitution that remains unpaid at the commencement of the term of supervised release in accordance with the Schedule of Payments set forth in the Criminal Monetary Penalties sheet of this judgment.

The defendant shall comply with the **standard** conditions that have been adopted by this court (set forth below).

**The defendant shall also comply with the additional conditions on the attached page.**

## STANDARD CONDITIONS OF SUPERVISION

1. the defendant shall not leave the judicial district without the permission of the court or probation officer;
2. the defendant shall report to the probation officer as directed by the court or probation officer and shall submit a truthful and complete written report within the first five days of each month;
3. the defendant shall answer truthfully all inquiries by the probation officer and follow the instructions of the probation officer;
4. the defendant shall support his or her dependents and meet other family responsibilities;
5. the defendant shall work regularly at a lawful occupation unless excused by the probation officer for schooling, training, or other acceptable reasons;
6. the defendant shall notify the probation officer **at least ten (10) days prior** to any change in residence or employment;
7. the defendant shall refrain from the excessive use of alcohol and shall not purchase, possess, use, distribute, or administer any controlled substance or any paraphernalia related to any controlled substances, except as prescribed by a physician;
8. the defendant shall not frequent places where controlled substances are illegally sold, used, distributed, or administered;
9. the defendant shall not associate with any persons engaged in criminal activity, and shall not associate with any person convicted of a felony **unless granted permission** to do so by the probation officer;
10. the defendant shall permit a probation officer to visit him or her at any time at home or elsewhere and shall permit confiscation of any **contraband observed in plain** view by the probation officer;
11. the defendant shall notify the probation officer within **seventy-two (72) hours** of being arrested or questioned by a law enforcement officer;
12. the defendant shall not enter into any agreement to act as an informer or a special agent of a law enforcement agency without the permission of the court;
13. as directed by the probation officer, the defendant shall notify third parties of risks that may be occasioned by the defendant's criminal record or personal history or characteristics, and shall permit the probation officer to make such notifications and to confirm the defendant's compliance with such notification requirement.

DEFENDANT:
CASE NUMBER:

## SPECIAL CONDITIONS OF SUPERVISION

The defendant shall also comply with the following additional conditions of supervised release:

The defendant shall perform **100 hours** of community service over the period of supervision, as directed by the United States Probation Officer.

The defendant shall provide complete access to financial information, including disclosure of all business and personal finances, to the U.S. Probation Officer.

The defendant shall maintain full-time, legitimate employment and not be unemployed for a term of more than 30 days, unless excused by the U.S. Probation Officer. Further, the defendant shall provide documentation, including but not limited to, pay stubs, contractual agreements, W-2 Wage and Earnings Statements, and any other documents requested by the U.S. Probation Office.

The defendant is prohibited from associating with or visiting specific places where individuals or groups, such as terrorists, members of organizations advocating violence, organized crime figures, documented members of organized crime families or motorcycle gang members are known to be or frequent.

Defendant shall bring current his outstanding child support payments. Additionally, defendant shall make monthly child support payments by the 10th of each month by sending the payment to the State Attorney's Registry.

After two years of exemplary performance and completion of all conditions of supervised release, the Court will consider a motion for early termination.

# United States District Court
## Southern District of Florida
### MIAMI DIVISION

UNITED STATES OF AMERICA

v.

MARK CARATTINI

JUDGMENT IN A CRIMINAL CASE
(For Revocation of Probation or Supervised Release)
(For Offenses Committed On or After November 1, 1987)

Case Number: 00-6309-CR-SEITZ

Counsel For Defendant: James Benjamin
Counsel For The United States: Terrence Thompson
Court Reporter: David Ehrlich

The Court finds the defendant has violated the terms and conditions of supervised release and hereby revokes supervised release.

| VIOLATION NUMBER | NATURE OF VIOLATION | DATE VIOLATION CONCLUDED |
|---|---|---|
| 1 | Failing to refrain from violation of the law by maintaining a gaming room for the purposes of gambling which is directly controlled and managed. | 9/1/2003 |
| 2 | Failing to refrain from violation of the law by verbally and maliciously threatening injury to another. | 9/5/2003 |
| 3 | Failing to refrain from violation of law by uttering a forged document. | 9/5/2003 |
| 4 | Failing to answer truthfully all inquiries by U.S. Probation Officer by stating he had not executed a Warranty Deed, when in fact evidence and statements indicated that a false Warranty Deed was executed. | 8/21/2003 |
| 5 | Failing to refrain from violation of the law by driving without a valid drivers license. | 4/23/2003 |
| 6 | Failing to participate in Home Detention Electronic Monitoring Program by leaving his place of employment at approximately 2:00 p.m. and not returning to his residence until approximately 5:30 p.m. | 4/23/2003 |

The Court finds Defendant did not violation conditions 7 through 9 of the Second Superceding Petition for Warrant

The defendant is sentenced as provided in the following pages of this judgment. The sentence is imposed pursuant to the Sentencing Reform Act of 1984.

**IT IS FURTHER ORDERED** that the defendant shall notify the United States attorney for this district within 30 days of any change of name, residence, or mailing address until all fines, restitution, costs and special assessments imposed by this judgment are fully paid.

Defendant's Soc. Sec. No. 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
Defendant's Date of Birth: 9/15/1959
Deft's U.S. Marshal No. 55530-004

Defendant's Mailing Address
8096 Buttonwood Circle
Tamarac, FL 33321

Defendant's Residence Address
same

Date of Imposition of Sentence
January 12, 2004

PATRICIA A. SEITZ
United States District Judge
January 12, 2004